JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO DELGADILLO, ) | CASE NO. ED CV 12-41-FMO (PJW) |
| ) Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| LELAND MCEWEN, ) | |
| ) Respondent. ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: October 15, 2015

                                                      /s/
                                      FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE